**Terrence BROWNLEE, Plaintiff–Appellant,**

v.

**D. SWINGLE; et al., Defendants–Appellees.**

No. 10–15705.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Terrence Brownlee, Susanville, CA, pro se.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

Terrence Brownlee, a California state prisoner, appeals pro se from the district court's judgment denying him leave to proceed in forma pauperis, under the "three strikes" provision of 28 U.S.C. § 1915(g), in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs and disability discrimination. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of 28 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1915(g), *Andrews v. Cervantes,* 493 F.3d 1047, 1052 (9th Cir.2007), and for an abuse of discretion its denial of leave to proceed in forma pauperis, *O'Loughlin v. Doe,* 920 F.2d 614, 617 (9th Cir.1990). We affirm.

The district court properly denied Brownlee's application to proceed in forma pauperis because Brownlee does not contest that he is a three-strikes filer, and he failed to show that he was "under imminent danger of serious physical injury" at the time he filed the complaint. 28 U.S.C. § 1915(g); *see also Andrews,* 493 F.3d at 1055 (explaining that the exception to the three-strikes rule applies only "if the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing").

Brownlee's "Request that this Court Take Judicial Intervention" is denied.

**AFFIRMED.**